**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TERRY E. CLARK,**

    Plaintiff,

v.                                                                                  Case No.  8:05-cv-1916-T-30MAP

**JOHN E. POTTER, POSTMASTER**
**GENERAL and UNITED STATES**
**POSTAL SERVICE,**

    **Defendants.**
_____/

**ORDER OF DISMISSAL**

    **THIS CAUSE** comes before the Court *sua sponte*.  A review of the file reveals that the Plaintiff has failed to effectuate service upon the Defendants pursuant to this Court's Order (Dkt. #7) of March 3, 2006.  It is therefore

    **ORDERED AND ADJUDGED** as follows:

    1)    This cause is dismissed without prejudice.

    2)    All pending motions are denied as moot.

    3)    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on May 8, 2006.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-1916.osc.frm